CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

NOV 09 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIE CLARENCE SWIMPSON, | ) | Civil Action No. 7:16-cv-00434 |
|     Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By:   Norman K. Moon |
| WESTERN VA REGIONAL JAIL | ) | |
| MEDICAL DEPT., et al, | ) | United States District Judge |
|     Defendant(s). | ) | |

    Willie Clarence Swimpson, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered October 24, 2016, the court advised plaintiff that his complaint failed to state a claim against the named defendants and as a result the court directed plaintiff to submit within 10 days from the date of the Order an amended the complaint to correct the deficiencies. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

    More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

    The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

    ENTER: This _9th_ day of November, 2016.

                                                       /s/ Norman K. Moon
                                                       United States District Judge