CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
NOV 09 2016
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIE CLARENCE SWIMPSON,<br>  Plaintiff, | Civil Action No. 7:16-cv-00434 |
| v. | **DISMISSAL ORDER** |
| WESTER VA REGIONAL JAIL<br>MEDICAL DEPT., et al,<br>  Defendant(s). | By:  Norman K. Moon<br>     United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 9th day of November, 2016.

/s/ Norman K. Moon
United States District Judge