IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **WILLIE CLARENCE SWIMPSON,** ) | **Civil Action No. 7:16cv00434** |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **WESTERN VA REGIONAL JAIL** ) | |
| **MEDICAL DEPT.,** ) | By: Norman K. Moon |
| Defendant. ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this 42 U.S.C § 1983 action is **DISMISSED without prejudice** pursuant to 42 U.S.C. § 1997e(c)(1) for failing to state a claim and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This __24th__ day of July, 2017.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE